

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA   **EDL**

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>SABRINA PETERS , Revenue Officer, | ) )<br>) | **C 07   2159**<br>NO. |
| Petitioners, | ) ) | **ORDER TO SHOW CAUSE RE** |
| v. | ) ) | **ENFORCEMENT OF INTERNAL**<br>**REVENUE SERVICE SUMMONS** |
| WILLIAM A. JACKSON, | ) ) ) | |
| Respondent. | ) ) | |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled

proceeding on ___April 1ᵗʰ_____, 2007, it is hereby:

ORDERED that respondent WILLIAM JACKSON appear before this Court on the __2 7ᵗʰ__

day of __July__, 2007, at 9:00 a.m., in Courtroom No. __2__, 17ᵗʰ Floor, United States District Court,

450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why he

should not be compelled to appear and provide documents as required by the summons heretofore

served upon him as alleged and set forth in particular in said petition; and it is further

ORDERED that a copy of this Order to Show Cause, together with a copy of the aforesaid

petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil

Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is

further

1   **ORDERED** that within twenty-one (21) days before the return date of this Order, respondent

2   may file and serve a written response to the petition, supported by appropriate affidavit(s) or

3   declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion he desires to make, that

4   the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days

5   before the return date of this Order; that all motions and issues raised by the pleadings will be

6   considered on the return date of this Order, and only those issues raised by motion or brought into

7   controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be

8   considered at the return of this Order, and any uncontested allegation in the petition will be considered

9   admitted.

10   · **ORDERED** this 26ᵗʰ day of ___April_____, 2007, at San Francisco, California.

11

12

13

14   _____
     UNITED STATES DISTRICT JUDGE

15

16

ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONS