| | |
|---|---|
| 1 | SCOTT SCHOOLS (SCSBN 9990)<br>United States Attorney |
| 2 | JAY R. WEILL (CSBN 75434)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney<br>　　450 Golden Gate Avenue, Box 36055 |
| 5 | 　　San Francisco, California 94102<br>　　Telephone: (415) 436-7000 |
| 6 | 　　Facsimile:  (415) 436-6758<br>　　Email: cynthia.stier@usdoj.gov |
| 7 | |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and<br>SABRINA PETERS, Revenue Officer, | ) ) ) ) ) ) ) ) ) ) ) ) ) | No.  C 07-2159-JSW<br><br>**AMENDED APPLICATION FOR**<br>[~~PROPOSED~~] **ORDER OF DISMISSAL** |
| **Petitioner,**<br>v.<br><br>**WILLIAM A. JACKSON,**<br>**Respondent.** | | |

　　　Petitioners, United States of America and Sabrina Peters, Revenue Officer, hereby advise the Court that respondent, William A. Jackson, has complied with the Internal Revenue Service summons and requests that this action be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.


Dated: May 31, 2007

　　　　　　　　　　　　　　　　　　　　SCOTT SCHOOLS
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Cynthia Stier
　　　　　　　　　　　　　　　　　　　　CYNTHIA STIER
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Tax Division

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

**ORDERED** this  1st  day of  June , 2007, at San Francisco, California.

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**Amended Application for [proposed]**
**Order of Dismissal,**
**Case No. C 07-2159-JSW**

2